# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| WEST VIEW RESEARCH, LLC, a California corporation,<br><br>                Plaintiff,<br>**v.**<br><br>GIVEN IMAGING, INC., a Delaware corporation; GIVEN IMAGING LTD., an Israeli corporation; and MEDTRONIC PLC, an Irish corporation,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 18-1102-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that all of Plaintiff's claims in the above-captioned action are dismissed with prejudice, with each party to bear its own costs and expenses relating to this litigation (including attorney and expert fees and expenses).


Dated: January 23, 2019                                          Respectfully submitted,

/s/ Brian E. Farnan                                                    /s/ Francis DiGiovanni
Brian E. Farnan (#4089)                                         Francis DiGiovanni (#3189)
Michael J. Farnan (#5165)                                     Thatcher A. Rahmeier (#5222)
**FARNAN LLP**                                                       **DRINKER BIDDLE & REATH LLP**
919 N. Market St. 12th Floor                                 222 Delaware Ave., Ste. 1410
Wilmington, DE 19801                                          Wilmington, DE 19801
Ph: (302) 777-0300                                                 Ph: (302) 467-4200
bfarnan@farnanlaw.com                                       francis.digiovanni@dbr.com
mfarnan@farnanlaw.com                                      thatcher.rahmeier@dbr.com

OF COUNSEL:                                                         OF COUNSEL:

Adam Garson                                                           James L. Davis, Jr.
Fredric G. Ludwig, III                                             **ROPES & GRAY LLP**
**GAZDZINSKI & ASSOCIATES, PC**                  1900 University Avenue

| | |
|---|---|
| 750 B. Street, Ste. 1600<br>San Diego, CA 92101<br>Ph: (858) 675-1670<br>Adam.garson@gazpat.com<br>Eric.ludwig@gazpat.com<br><br>*Attorneys for Plaintiff West View Research, LLC* | 6th Floor<br>East Palo Alto, CA 94303-2284<br>Tel: (650) 617-4000<br><br>Jesse J. Jenner<br>Charlotte C. Jacobsen<br>Josef B. Schenker<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Tel: (212) 596-9000<br><br>*Attorneys for Defendants Given Imaging, Inc., Given Imaging Ltd., and Medtronic PLC* |

**IT IS SO ORDERED**, this _____ day of January, 2019

_____
**Richard G. Andrews**, United States District Court Judge